RECEIVED
SEP 28 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **SHERAMI FREYOU** <br> D.O.C. # 585495 | : | **DOCKET NO. 14-cv-3224** |
| **VERSUS** | : | **JUDGE DOHERTY** |
| **JIM ROGERS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of any objection to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 28 day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE